Robbie SPAIN, Appellant,

v.

James SPAIN, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Neville M. Tucker, Tucker, Shobe & Schneider, Louisville, for appellant.

David J. Thompson, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner W. R. KNUCKLES, Affirming.*

Ellouise WADDELL, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

John Chris Cornett, Cordell H. Martin, Hindman, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Garnell H. WILLIAMS, Appellant,

v.

William BOHNERT et al., Appellees.

Court of Appeals of Kentucky.

May 17, 1974.

Anthony M. Wilhoit, Public Defender, and Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

TUBE TURNS, INC., Appellant and Cross-Appellee,

v.

Lilly J. WHEELER, Appellee and Cross-Appellant.

SPECIAL FUND, Kentucky Dept. of Labor,

v.

KY. WORKMEN'S COMPENSATION BOARD, Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

James C. Ludwig and Curtis & Rose, Louisville, for appellant Tube Turns, Inc.

Harley N. Blankenship, Louisville, Atty. for appellee and cross-appellant Lilly J. Wheeler.

Gemma Harding, Louisville, counsel for Special Fund.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing on Appeal and on Cross-Appeal.*

* Opinion ordered not to be published.